JONATHAN EASTMAN

v.

ROBISON & MARTIN

1808

JOURNAL ENTRIES

1. Declaration filed . . . . . . . . *Journal, infra,* \*p. 155
2. Rule to plead . . . . . . . . . . . . " 157
3. Plea; issue . . . . . . . . . . . . " 166
4. Judgment . . . . . . . . . . . . " 176

PAPERS IN FILE

1. Promissory note . . . . . . . . . . . . .

UNITED STATES

v.

DAVID ROBISON

1808

JOURNAL ENTRIES

1. Jurors; verdict; discharge . . . . . . . *Journal, infra,* \*p. 160

PAPERS IN FILE

1. Indictment . . . . . . . . . . . . . . . .
2. Warrant and return . . . . . . . . . . . . .